| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Pepper, William A | 2. Court or Organization District Court Northern MS | 3. Date of Report 4/30/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Post Office Box 370 Greenville MS 38702 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02-05-96 | SAFECO ASSIGNED BENEFITS SERVICE COMPANY FOR PAYMENT OF LEGAL FEES. PAYMENTS ARE INCLUDED IN INCOME IN PART III. |

RECEIVED May 11 11 10 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Public Employees Retirement System of Mississippi, retirement income | 11088 |
| 2. | 2003 | Earnings from law practice - earned prior to 7/21/99 | 1959 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pepper, William A | 4/30/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 50% interest Pepper & Cossar - farm land Humphreys CO MS | E | Rent | O | W | | | | | |
| 2. Langston Nowell & Pepper rental real estate Cleveland | C | Rent | L | W | | | | | |
| 3. UNION PLANTERS BANK CLEVELAND MS | A | Interest | K | T | | | | | |
| 4. First National Bank Rosedale MS | C | Interest | K | T | | | | | |
| 5. Planters Bank & Trust | C | Interest | | | closed acct | 03/20 | L | | |
| 6. CLEVELAND STATE BANK CLEVELAND MS | A | Interest | K | T | | | | | |
| 7. Cleveland State Bank Cleveland MS | A | Interest | J | T | | | | | |
| 8. CLEVELAND COMMUNITY BANK, CLEVELAND MS | C | Interest | L | T | | | | | |
| 9. CAPITAL WORLD GROWTH & INCOME FUND | A | Dividend | L | T | | | | | |
| 10. FEDERATED AMERICAN LEADERS FUND | A | Dividend | L | T | | | | | |
| 11. GOLDMAN SACHS GROWTH & INCOME FUND | A | Dividend | K | T | | | | | |
| 12. LORD ABBETT AFFILIATED FUND CL A | A | Dividend | L | T | | | | | |
| 13. LORD ABBETT DEVELOPING GROWTH FUND | | None | J | T | | | | | |
| 14. NEW ECONOMY FUND CL A | A | Dividend | K | T | | | | | |
| 15. PUTNAM VISTA FUND | | None | K | T | | | | | |
| 16. PUTNAM VOYAGER FUND CL A | | None | K | T | | | | | |
| 17. SMALLCAP WORLD FUND CL A | A | Dividend | K | T | | | | | |
| 18. WASHINGTON MUTUAL INVESTORS | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. IRIDIUM WORLD COMMUNICATIONS LTD-CL A | | None | J | T | | | | | |
| 20. TELEFONOS DE MEXICO SA DE CV-SPONS | A | Dividend | J | T | | | | | |
| 21. AMCAP FUND CL A | A | Dividend | L | T | Sell part | 12/31 | J | | |
| 22. GROWTH FUND OF AMERICA CL A | A | Dividend | L | T | Sell part | 12/31 | J | | |
| 23. NEW PERSPECTIVE FUND CL A | A | Dividend | L | T | | | | | |
| 24. PUTNAM INTL NEW OPPORTUNITIES FUND-CL A | A | Dividend | | | Sell | 12/31 | | | |
| 25. MFS INVESTORS GROWTH FUND A | | None | | | sell | 12/31 | M | | |
| 26. FT TEMPLETON FOREIGN FUND C | A | Dividend | K | T | | | | | |
| 27. INVESTMENT CO OF AMERICA (IRA 1) | A | Dividend | L | T | | | | | |
| 28. AVIVA LIFE INS (formerly CGU LIFE) (IRA 2) | B | Interest | K | T | | | | | |
| 29. IRA 3 ..... | | | | | | | | | |
| 30. - CASH HERITAGE TRUST | A | Interest | K | T | | | | | |
| 31. - US TREAS SECUTITIES SERIES P | B | Interest | J | T | | | | | |
| 32. WAL-MART COMMON | A | Dividend | K | T | | | | | |
| 33. INTEL CORP | A | Dividend | J | T | | | | | |
| 34. JDS UNIPHASE | | None | J | T | | | | | |
| 35. IRA 5 | | | | | | | | | |
| 36. - FEDERATED AMERICAN LEADERS FD CL A | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.   - HARTFORD ADVISORS FD A | A | Dividend | K | T | | | | | |
| 38.   - HARTFORD DIV & GROWTH A | A | Dividend | K | T | | | | | |
| 39.   - LORD ABBETT AFFILIATED FD A | A | Dividend | K | T | | | | | |
| 40.   - HARTFORD GLOBAL LEADERS A | | None | J | T | | | | | |
| 41.   - HARTFORD MIDCAP A | | None | J | T | | | | | |
| 42.   - HARTFORD INT'L OPPORTUNITIES | | None | J | T | | | | | |
| 43.   - HARTFORD STOCK FD A | | None | J | T | | | | | |
| 44.   - PUTNAM INVESTORS FUND A | A | Dividend | J | T | | | | | |
| 45.   - HARTFORD CAP APPREC A | | None | J | T | | | | | |
| 46.   - LORD ABBETT GROWTH A SHS | | None | J | T | | | | | |
| 47.   IRA 6 - HARTFORD CAP APPREC | | None | J | T | | | | | |
| 48.   FT FRANKLIN CAPITAL GROWTH FUND C | A | Dividend | K | T | | | | | |
| 49.   PUTNAM INVS FD INC SBI CL A | | None | K | T | | | | | |
| 50.   TEMPLETON WORLD FUND CL C | A | Dividend | K | T | | | | | |
| 51.   PUTNAM NEW OPPTYS FUND CL A | | None | J | T | | | | | |
| 52.   PUTNAM NEW OPPTYS FUND CL B | | None | J | T | | | | | |
| 53.   AMERICAN MOVIL SA | A | Dividend | J | T | | | | | |
| 54.   MFS MONEY MARKET FD | | None | M | T | BUY | 12/31 | T | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. STATE BANK & TRUST CO | C | Interest | L | | NEW ACCT | 3/20 | L | ` | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

The following Part VII investments reported in prior years for ▓▓▓ who is no longer ▓▓▓▓▓ have been deleted from the current report. Year 2002 report Part VII item numbers deleted are as follows:
4, 28, 29, 30, 37, 40, 55, 56, and 62-72.

The following descriptions have been changed to more clearly identify funds within a group: Year 2002 report Part VII item numbers 27, 54, and 58.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat[████]                                    Date  5-5-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544